```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

CRIMINAL NO. 13-50034-002           USA v. SANDRA DAVIS

COURT PERSONNEL:                    APPEARANCES:

Judge: JIMM LARRY HENDREN           Govt. CLAY FOWLKES

Clerk: GAIL GARNER                  Deft. SHANNON BLATT

Reporter: THERESA SAWYER


### SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Defendant withdraws objections to PSR in open court.
- (X) Government moves for downward departure pursuant to 5K1.1 - granted and 4-level departure awarded.
- (X) Court expresses final approval of plea agreement.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

    48 months imprisonment on each count, terms to run concurrently; 1 year supervised release on each count, terms to run concurrently; $8,000.00 fine - interest waived.

Criminal No. 13-50034-002

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant ordered to comply with the following special conditions of supervised release:

    Submit person, residence, place of employment, and vehicle to a search conducted by the USPO upon request.

    Submit to inpatient/outpatient substance abuse testing/treatment at direction of USPO.

- (X) Defendant ordered to pay total special assessment of $300.00, for Counts 6-8, which shall be due immediately.
- (X) Counts 1, 9, and the forfeiture allegation dismissed on motion by the government.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Defendant allowed to self surrender no later than 2:00 p.m. on Tuesday, March 4, 2014.

DATE: FEBRUARY 11, 2014          Proceeding began: 1:36 p.m.

                                           ended: 2:17 p.m.